# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R et al.

V.

J.E.P. Construction Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 CIV. 3423

ROBINSON

TO: (Name and address of defendant)

J.E.P. Construction Inc.
115 Austin Avenue
Yonkers, New York 10710

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(BY) DEPUTY CLERK

APR 3 0 2007
DATE

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

Index # 07 CIV. 3423  
State of New York    U. S. District Court    Southern New York County  
Purchased/Filed: April 30, 2007

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds, etc., et al    Plaintiff

against

J.E.P. Construction Inc.    Defendant

STATE OF NEW YORK    )  
COUNTY OF FULTON    )  SS  
CITY OF GLOVERSVILLE    )

Gerald Skinner, being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; that on May 22, 2007, at 8:07AM, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons and Complaint, on J.E.P. Construction Inc. Defendant in this action, by delivering to and leaving with Carol Vogt AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; that said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 49    Approx. weight: 110    Approx. Ht.: 5'1"  
Sex: Female    Color of skin: White    Color of hair: Brown    Other:

Sworn to before me on this 22nd day of May, 2007

*Tammy Skinner*  
TAMMY SKINNER  
NOTARY PUBLIC, State of New York  
01SK6024054  
May, 03 2011

*Gerald Skinner*  
Gerald Skinner  
Invoice·Work Order # 061954

*U.S. PROCESS SERVICE INC. - 7 CENTRAL PARK AVENUE, YONKERS, NEW YORK 10705*