RATTET, PASTERNAK & GORDON-OLIVER, LLP   stipext
Attorneys for the Defendant
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
The Annuity, Pension, Welfare. et al.

       Plaintiff,          07-CV-3423 (SCR)

       v.

J.E.P. Construction, Inc.

       Defendant.
----------------------------------------------------------------X

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for Plaintiff, The Annuity, Pension, Welfare and Apprenticeship, Skill Improvement & Safety Funds of I.U.O.E. Local 137 ("Local 137") and defendant J.E.P. Construction Inc. as follows:

    1) The Defendant's time to answer or to otherwise move with respect to the Complaint be and the same hereby is extended through and including July 9, 2007.

2) Defendant waives any defenses relating to service.

Dated: Harrison, New York
       June 13, 2007

>RATTET, PASTERNAK & GORDON-OLIVER, LLP
>Attorneys for Defendant
>550 Mamaroneck Avenue
>
>BY: _____
>    Arlene Gordon Oliver (AGO 5076)
>
>BRADY McGUIRE & STEINBERG, P.C.
>Attorneys for Plaintiff
>603 Warburton Avenue
>Hastings-on-Hudson, New York 10706
>(914) 478-4293
>
>BY: _____
>    James M. Steinberg (JS-3515)

ORDERED:

_____
U.S.D.J.