RATTET, PASTERNAK & GORDON-OLIVER, LLP
Attorneys for the Defendant
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
The Annuity, Pension, Welfare et al.

       Plaintiff,                07-CV-3423 (SCR)

       v.

J.E.P. Construction, Inc.

       Defendant.
----------------------------------------------------------X

### STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for Plaintiff, The Annuity, Pension, Welfare and Apprenticeship, Skill Improvement & Safety Funds of I.U.O.E. Local 137 ( Local 137 ) and defendant J.E.P. Construction Inc. as follows:

1) The Defendant's time to answer or to otherwise move with respect to the Complaint be and the same hereby is extended through and including July 9, 2007.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

2) Defendant waives any defenses relating to service.

Dated: Harrison, New York
       June 13, 2007

                RATTET, PASTERNAK & GORDON-OLIVER, LLP
                Attorneys for Defendant
                550 Mamaroneck Avenue

BY: _____
     Arlene Gordon Oliver (AGO 5076)


                BRADY McGUIRE & STEINBERG, P.C.
                Attorneys for Plaintiff
                603 Warburton Avenue
                Hastings-on-Hudson, New York 10706
                (914) 478-4293

BY: _____
     James M. Steinberg (JS-3515)

ORDERED:

_____
U.S.D.J.
7/11/07

Parties **must** send copies of any filings to the Court, in accordance with this Court's individual practice rules.