UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICE-
SHIP SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI          **NOTICE OF**
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE         **MOTION FOR**
DOE as Beneficiaries of the ANNUITY, PENSION, WELFARE   **DEFAULT JUDGMENT**
and APPRENTICESHIPSKILL IMPROVEMENT AND
SAFETY FUNDS of the INTERNATIONAL UNION OF              07-CIV-3423 (SCR)
OPERATING ENGINEERS, LOCAL 137, 137A, 137B, 137C
& 137R, AFL-CIO,

                                          Plaintiffs,

        -against-

J.E.P. CONSTRUCTION, INC.,

                                          Defendant.
----------------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the Affidavit of JAMES M. STEINBERG, ESQ., sworn to on the 16th day of July, 2007, Plaintiffs' Statement of Damages, and upon all of the prior papers and proceedings heretofore served and had herein, Plaintiffs, by their attorneys BRADY McGUIRE & STEINBERG, P.C., will move this court, at the United States Courthouse located at 300 Quarropas Street, White Plains, New York, before the Honorable Stephen C. Robinson, at a date and time to be set by the Court, for a judgment of default against Defendant J.E.P. CONSTRUCTION, INC. pursuant to Rule 55(a) of the Federal Rules of Civil

Procedure in the amount of $44,017.06, together with such other and further relief as this Court may deem just, proper and equitable.

Dated: Hastings-on-Hudson, New York
      July 16, 2007

                                        Respectfully submitted,

                                        BRADY McGUIRE & STEINBERG, P.C.

                             By: _____
                                        James M. Steinberg (JS-3515)
                                        Attorneys for Plaintiffs
                                        603 Warburton Avenue
                                        Hastings-on-Hudson, New York 10706
                                        (914) 478-4293

TO:    J.E.P. CONSTRUCTION, INC.
         115 Austin Avenue
         Yonkers, New York 10710

         J.E.P. CONSTRUCTION, INC.
         P.O. Box 120
         Congers, New York 10920