UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICE-
SHIP SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE
DOE as Beneficiaries of the ANNUITY, PENSION, WELFARE
and APPRENTICESHIPSKILL IMPROVEMENT AND
SAFETY FUNDS of the INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL 137, 137A, 137B, 137C
& 137R, AFL-CIO,



**REQUEST TO
CLERK FOR
ENTRY OF DEFAULT**

07-CIV-3423 (SCR)

Plaintiffs,

-against-

J.E.P. CONSTRUCTION, INC.,

Defendant.
------------------------------------------------------------------------X

TO:   J. MICHAEL McMAHON, Clerk of the United States District
      Court for the Southern District of New York

Please enter the default of Defendant J.E.P. CONSTRUCTION, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on July 16, 2007.

Dated:  Hastings-on-Hudson, New York
        July 16, 2007

BRADY McGUIRE & STEINBERG, P.C.

By: _____
James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

TO:   J.E.P. CONSTRUCTION, INC.
      115 Austin Avenue
      Yonkers, New York 10710
      J.E.P. CONSTRUCTION, INC.
      P.O. Box 120
      Congers, New York 10920